JOSEPH W. CHARLES, ESQ #3038
5704 West Palmarie Avenue P.O. BOX 1737
Glendale, AZ 85311-1737
623-939-6546
623-939-6718 Fax
LawOffice@joecharles.com
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BENNIE MOYA JR. and<br>JEANETTE PORRAS MOYA,<br>                        Debtor(s). | Case No.2:09-bk-08532-CGC<br><br>**OBJECTION TO PROOF OF CLAIM OF THE INTERNAL REVENUE SERVICE**<br><br>Proof of Claim # 15 |

      The Debtors Bennie Moya Jr. and Jeanette Porras Moya object to the Proof of Claim of the Internal Revenue Service as filed on June 25, 2009 as the proof of claim inaccurately states that the 2008 tax return was not filed. An effort was made to resolve this without involvement by the Court, but the phone number listed on the proof of claim has been disconnected.

      THEREFORE, Debtors object to the proof of claim filed on behalf of the Internal Revenue Service and asks that the $100.00 listed as tax due from the 2008 taxes be removed.

      DATED this 1st day of April 2010.

                                          JOSEPH W. CHARLES, P.C.

                                          /s/ <u>Joseph W. Charles</u>
                                          Joseph W. Charles
                                          5704 W. Palmaire Avenue
                                          P.O. Box 1737
                                          Glendale, AZ 85311
                                          Attorney for Debtors

1

COPY of the foregoing
Mailed this 1st day of
April 2010, to:

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19144

Internal Revenue Service
MS 5014
4041 N. Central Ave. Ste 112
Phoenix, AZ 85012-5000

Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85064
Chapter 13 Trustee

  /s/ C. Short_____

2